# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE:<br>**SERENITY HOMES OF TN LLC**<br>DEBTOR | CASE NO. 23-01049<br>CHAPTER 11<br>JUDGE CHARLES M WALKER |

### OBJECTION OF PNC BANK TO CONFIRMATION OF DEBTOR'S PROPOSED CHAPTER 11 PLAN OF REORGANIZTION (SUBCHAPTER V)

**COMES NOW** PNC Bank, National, by and through counsel, Brock & Scott, PLLC, and would file this objection to confirmation of the above styled Debtor's Chapter 11 Plan of reorganization (subchapter V) pursuant to 11 U.S.C. § 1129 as made applicable to this proceeding pursuant to 11 U.S.C. § 1191 and in support of this Objection would state as follows:

1. The above styled Debtor filed a voluntary Chapter 11 (subchapter V) bankruptcy case with this court on March 11, 2023. PNC Bank is a secured creditor and party in interest in this Chapter 11 case. PNC Bank has filed the following claim:

   **Court claim #3** in the amount of $121,073.59 secured by real property located at 1356 Hwy 259, Portland, Tennessee 37148.

2. The Chapter 11 plan contains objectionable terms, specifically the debtor is requesting that PNC Bank receive no disbursements on its claim and after an entry of an Order confirming the Chapter 11 plan the debtor be allowed until December 31, 2023 to sell the property. If the property is not sold by December 31, 2023, the debtor seeks additional time to hire an auctioneer to sell the property at auction. PNC Bank objects to this language.

3. PNC Bank would further object because the plan fails to provide for adequate payments to secured creditor while waiting for the sale to occur.

4. PNC Bank would further submit that the Debtor's plan, as proposed, is not feasible pursuant to the provisions of 11 U.S.C. 1129 and therefore cannot be confirmed.

Wherefore, premises considered, PNC Bank is a secured creditor and party in interest and would respectfully submit this objection to confirmation and would assert that based upon these objections, the plan should not be confirmed pursuant to 11 U.S.C. § 1191.

Respectfully submitted, this 12th day of July, 2023.

*/s/Jodie Thresher*
Travis Menk, TN Bar No. 31904
Jodie Thresher, TN Bar No. 025730
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: TNBKR@brockandscott.com

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this day, the following persons were served a copy of the Objection To Confirmation Of Plan in the manner described below:

<u>Via CM/ECF electronic notice</u>:

Denis Graham (Gray) Waldron, Esq.
2416 21st Ave South
Suite 303
Nashville, TN 37212
gray@dhnashville.com
*Counsel for Debtor*

MICHAEL GEOFFREY ABELOW
150 THIRD AVENUE SOUTH STE 1100
Nashville, TN 37201
*Chapter 11 Trustee*

OFFICE OF THE UNITED STATES TRUSTEE
701 BROADWAY STE 318
Nashville, TN 37203
*US Trustee*

<u>Via First Class Mail</u>:

Serenity Homes of TN LLC
103 Hwy 259
Portland, TN 37148
*Debtor*

<u>July 12, 2023</u>

*/s/Jodie Thresher*
Travis Menk, TN Bar No. 31904
Jodie Thresher, TN Bar No. 025730
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: TNBKR@brockandscott.com